IN THE SUPREME COURT OF THE STATE OF NEVADA

LESLIE GRIMM, AN INDIVIDUAL;
AND TINA BORGERT, AN
INDIVIDUAL,

Appellants,

vs.

GREEN TREE SERVICING, LLC, A
FOREIGN LIMITED LIABILITY
COMPANY,

Respondent.

No. 71961

FILED

JUL 3 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court summary judgment. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

On January 25, 2017, this court entered an order directing appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that claims remained pending against parties below. After two extensions of time, appellants' counsel filed a response on April 27, 2017, indicating that the parties had stipulated to dismiss the pending claims, and that appellants "will expeditiously supplement this response when the stipulation to dismiss the pending claims is executed and filed into the District Court case." When appellants failed to supplement the response to the order to show cause, this court entered an order on June 7, 2017, directing appellants to file the supplement to their response to the order to show cause by June 19, 2017. The order warned appellants that failure to comply could result in the dismissal of this appeal.

To date, appellants have failed to file the supplement to their response to this court's order to show cause, and have failed to demonstrate

17-25281

that this court has jurisdiction over this appeal. Accordingly, as it appears that this court lacks jurisdiction over this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Timothy C. Williams, District Judge
        Ayon Law, PLLC
        Maier Gutierrez & Associates
        Akerman LLP/Las Vegas
        Eighth District Court Clerk